IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ellis, Reylon R | Case Number: 08 B 20970 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 11/04/08 | Filed: 8/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 0.00 | 0.00 |
| 3. | RMI/MCSI | Unsecured | 0.00 | 0.00 |
| 4. | AAFES | Unsecured | 0.00 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | | No Claim Filed |
| 7. | Home Loan Services | Unsecured | | No Claim Filed |
| 8. | Nicor Gas | Unsecured | | No Claim Filed |
| 9. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 10. | Great Lakes Higher Education | Unsecured | | No Claim Filed |
| 11. | Home Loan Services | Unsecured | | No Claim Filed |
| 12. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 13. | Department Of Revenue | Unsecured | | No Claim Filed |
| 14. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 15. | Press L Jacobs | Unsecured | | No Claim Filed |
| 16. | Illinois Tollway | Unsecured | | No Claim Filed |
| 17. | CB USA | Unsecured | | No Claim Filed |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ellis, Reylon R

Printed: 11/04/08

Case Number:  08 B 20970
Judge:  Goldgar, A. Benjamin
Filed:  8/11/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

